# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

June Michelle Cox

                                    Plaintiff,

v.                                                                                  Case No.: 3:18−cv−00679

The Little Clinic of Tennessee, LLC

                                    Defendant,

## ENTRY OF JUDGMENT

      Judgment is hereby entered for purposes of Rule 58(a) and/or Rule 79(a) of the Federal Rules of Civil Procedure on 11/12/2020 re [39], [40].

                                                                                   Lynda M. Hill
                                                            s/ Kim Chastain, Deputy Clerk